15 April 2024

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Hartford Fire Insurance Company
One Hartford Plaza
Hartford, CT 06155

CENTRALIZED OPS
HARTFORD
APR 2 9 2024
RECEIVED
JM.

Re: **Jill Reyna**

vs.

**Mecklenburg Co. File No. 24 CVS 13293-590**

**Hartford Fire Insurance Company**

Dear Corporate Secretary:

Enclosed herewith are document[s] **Civil Summons and Plaintiff's Complaint** in the above action which this Department received on **April 9, 2024**.

Mike Causey
Commissioner of Insurance

Courtney H. Ethridge
Special Deputy for
Service of Process

Enclosure



# NC DEPARTMENT of INSURANCE
## MIKE CAUSEY, COMMISSIONER

SERVICE OF PROCESS

Tel 919.716.6610    Fax 919.716.6757

**Jill Reyna**

vs.                                           <u>**Mecklenburg Co. File No. 24 CVS 13293-590**</u>

**Hartford Fire Insurance Company**

I, Courtney H. Ethridge, a Special Deputy duly appointed for the purpose, do hereby accept service of the **Civil Summons and Plaintiff's Complaint** in this action and acknowledge receipt of a copy of the same, under the provision of the North Carolina General Statute Section 58-16-30 as process agent for **Hartford Fire Insurance Company.**

This the **9th** day of **April, 2024.**

Mike Causey
Commissioner of Insurance

*(signature)*

Courtney H. Ethridge
Special Deputy for
Service of Process

1201 MAIL SERVICE CENTER | RALEIGH, NC 27699-1201 | WWW.NCDOI.COM