

# M
## Matheny Law, PLLC

John David Matheny II
8936 Northpointe Executive Park
Dr, Huntersville, NC 28078
(984) 269-3829
mathenylawpllc@gmail.com

___

November 15, 2023

**VIA ELECTRONIC MAIL**
The Hartford
Casey.grusso@thehartford.com

      RE:      In Re: Claim Representation for Reformed Theological Seminary
                  Date of Reported Loss:   06/16/2023
                  Claim No.:   Y3NF29398
                  Policy No.:   43UUNDF2645

To whom it may concern:

    I am writing on behalf of my client, Reformed Theological Seminary, with regard to the above-referenced claim number. As the attorney of record, I would like to convey our appreciation for your prompt attention to this matter.

    To facilitate effective communication, we request that you provide us with the contact information of the designated person or department responsible for handling claim-related matters and updates.

    Attached is a comprehensive Damage Package and Letter of Representation detailing the claim's merits. I have also included a copy of the complaint and summons that will be filed in the event that we can not resolve this outside of litigation.

    Regarding the claim itself, it is in everyone's best interest to resolve this matter as efficiently and reasonably as possible. I would like to propose a preliminary settlement offer. Our demand amount to settle this claim in pre-litigation is $416.237.02. We believe that this amount reflects a fair and equitable resolution that benefits all parties involved.

    We are open to negotiation and committed to reaching a reasonable settlement in our client's best interest.

EXHIBIT 4



# Matheny Law, PLLC

John David Matheny II
8936 Northpointe Executive Park
Dr, Huntersville, NC 28078
(984) 269-3829
mathenylawpllc@gmail.com

___

      In order to effectively represent our client's interests, we require access to a complete copy of the insurance policy. I kindly request that you provide this policy in PDF format, ensuring that it includes the Declaration page.

Thank you for your cooperation and prompt attention to these matters.

Sincerely,



J. David Matheny II
984-269-3829
8936 Northpointe Executive Park Dr,
Suite 240-260 Huntersville,
NC 28078