EXHIBIT 5

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE SUPERIOR COURT DIVISION |
| COUNTY OF MECKLENBURG | FILE NO: 24 CV 013299-590 |

REFORMED THEOLOGICAL SEMINARY RTS,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

**NOTICE OF REMOVAL TO OPPOSING COUNSEL**

To:  J. David Matheny II, Esq.
     8936 Northpointe Executive Park Drive
     Suite 240-260
     Huntersville, NC 28078

    YOU ARE HEREBY NOTIFIED that Defendant Hartford Fire Insurance Company has filed with the Office of the Clerk of the United States District Court Western District of North Carolina, Charlotte Division, its Notice of Removal of the above-styled case to the United States District Court Western District of North Carolina, Charlotte Division. A copy of said Notice is attached hereto, and the removal of said cause to the United States District Court Western District of North Carolina, Charlotte Division, has been effected hereby.

    This the 21st day of May, 2024.

                        BUTLER WEIHMULLER KATZ CRAIG LLP

                        /s/ L. Andrew Watson
                        L. Andrew Watson
                        NC Bar No.: 41812
                        Neil W. Blackmon
                        NC Bar No.: 60021
                        11525 N. Community House Road, Suite 300
                        Charlotte, North Carolina 28277

1

Mail Center: 400 North Ashley Drive, Suite 2300
Tampa, FL 33602
Telephone: (704) 543-2321
Facsimile: (704) 543-2324
Email: awatson@butler.legal
nblackmon@butler.legal

*Attorneys for Defendant Hartford Fire Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2024, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL TO OPPOSING COUNSEL** by placing the same in a postage pre-paid envelope in the United States Mail and via email to the following:

J. David Matheny II, Esq.
8936 Northpointe Executive Park Drive
Suite 240-260
Huntersville, NC 28078
*Attorney for Plaintiff*

_____/s/ L. Andrew Watson_____
L. Andrew Watson

2