EXHIBIT 6

| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF MECKLENBURG | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>FILE NO: 24 CV 013299-590 |

| | |
|---|---|
| REFORMED THEOLOGICAL SEMINARY RTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>　　　　Defendant. | **NOTICE OF FILING NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant, Hartford Fire Insurance Company, in the above-styled action has, on this date, filed its Notice of Removal, a copy of which is attached hereto, with the Office of the Clerk of the United States District Court for the Western District of North Carolina, Charlotte Division.

Respectfully submitted this the 21st day of May, 2024.

BUTLER WEIHMULLER KATZ CRAIG LLP

/s/ L. Andrew Watson
L. Andrew Watson
NC Bar No.: 41812
Neil W. Blackmon
NC Bar No.: 60021
11525 N. Community House Road, Suite 300
Charlotte, North Carolina 28277
Mail Center:  400 North Ashley Street, Suite 2300
Tampa, FL 33602
Telephone:　(704) 543-2321
Facsimile:　(704) 543-2324
Email:　　　awatson@butler.legal
　　　　　　nblackmon@butler.legal
*Attorneys for Defendant Hartford Fire Insurance Company*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2024, I served a true and correct copy of the foregoing **NOTICE OF FILING NOTICE OF REMOVAL** by placing the same in a postage pre-paid envelope in the United States Mail and via email to the following:

J. David Matheny II, Esq.
8936 Northpointe Executive Park Drive
Suite 240-260
Huntersville, NC 28078
*Attorney for Plaintiff*

\_\_\_/s/ L. Andrew Watson_____
L. Andrew Watson